UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81543-Civ-HURLEY
(99-8125-Cr-HURLEY)
MAGISTRATE JUDGE P. A. WHITE

GARLAND HOGAN,                    :

          Movant,         :

v.                                :

UNITED STATES OF AMERICA    :

        Respondent.        :

_____

**ORDER ADOPTING
REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
GRANTING MOTION TO DISMISS PETITION**

**THIS CAUSE** is before this Court on the government's motion to dismiss the movant's petition (Cv-DE#6) and the Report and Recommendations of the Honorable Patrick A. White, United States Magistrate Judge.

Pursuant to <u>Fed.R.Civ.P.</u> 72(b), "[T]he district judge ... shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the Report and Recommendations, and that the objecting party arrange for transcription of sufficient portions of the record. <u>Fed.R.Civ.P.</u> 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." <u>Id.</u> Portions of the Report and Recommendations that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. §636(b)(1).

After considering the Report of the Magistrate Judge, as well as, any objections filed thereto, and after conducting a *de novo* review of the record as a whole, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Report and Recommendations of the United States Magistrate Judge (DE#__8__) is **ADOPTED** in its entirety and incorporated herein by reference.

    2.   The motion to dismiss petition is **GRANTED**.

       **DONE and SIGNED** in Chambers at West Palm Beach, Florida on this _16_ day of _Dec._ , 2009.

                                        UNITED STATES DISTRICT JUDGE

cc:  Garland Hogan, <u>Pro Se</u>
     Reg. No. 53629-004
     FCC-Coleman Low
     P.O. Box 1031
     Coleman, FL 33521

     Richard Klugh, Esq.
     25 SE 2nd Avenue
     Suite 1105
     Miami, FL 33131

     Anne Ruth Schultz, AUSA
     United States Attorney's Office
     99 NE 4th Street
     Miami, FL 33132

     Stephen Carlton, AUSA
     United States Attorney's Office
     500 South Australian Avenue
     Suite 400
     West Palm Beach, FL 33401